IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL) |
| | : |
| JUANJAVA BOGGERTY, *et al*, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

Before the Court is Defendant Vontesha Dixon's Motion to Adopt (Doc 284) the Government's Response (Doc. 276) to this Court's December 6, 2021 Order (Doc. 275.) The Government informed the Court in their Response (Doc. 276) that this case was not ready for trial in February 2022. For that reason this Court entered an Order on December 21, 2021 ordering the Parties in this case to confer and submit a proposed scheduling order within fourteen days. (Doc. 291.)

Defendant in their Motion to Adopt also has informed the Court that they're not ready for trial in February. (Doc. 284.) Accordingly, Defendant's Motion to Adopt is **GRANTED**. Defendant should participate in the creation of the aforementioned proposed scheduling order, ordered by this Court on December 21, 2021.

**SO ORDERED**, this __29th__ day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1